UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 18-05658-AB (ASx)

Chris Langer

        Plaintiff,

v.

1711-1715 Pacific, L.P. et al

        Defendants.

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __60__ days, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 13, 2018     _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE